850

■ BREGMAN CONSTRUCTION CORP., Appellant, v. GLENS FALLS INSURANCE COMPANY et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term granting defendants' motion for change of venue from New York County to Onondaga County.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ. [See post, p. 930.]

■ ERNEST LINTON et al., Respondents, v. CURTISS-WRIGHT CORPORATION METALS PROCESSING DIVISION, Appellant.— Order modified by striking from the first ordering paragraph thereof the following: the notice of motion and affidavit of David Reisman, sworn to the 8th day of November, 1956, and the order of the Honorable John Marsh, dated the 27th day of September, 1954, and as modified, affirmed, without costs of this appeal to any party. Memorandum: The notice of motion and affidavit of David Reisman have been eliminated by stipulation. The order of Judge Marsh was not before the court nor recited in the order and may not be made a part of the record. All concur. (Appeal from an order of Erie Special Term granting plaintiffs' motion to resettle a record on appeal from an order denying a stay pending arbitration.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.

■ The PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR S. NOWORYTA, Appellant.— Order affirmed. All concur. (Appeal from an order of Erie County Court denying petitioner's application for a writ of error coram nobis.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.

■ NICHOLAS ARENA, Appellant, v. GENERAL ACCIDENT ASSURANCE CORP., Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Onondaga County Court affirming a judgment of Syracuse Municipal Court for defendant for no cause of action in an action under a medical rider in an automobile insurance policy.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ WILLIAM J. WOLFSON, Appellant, v. INTERNATIONAL CORRESPONDENCE SCHOOLS, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ. [See ante, p. 741.]

■ In the Matter of the Accounting of MARINE TRUST COMPANY OF WESTERN NEW YORK, as Trustee under the Will of BLANCHE ROMAN, Deceased. — Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD B. BROWN, Appellant.— Motion to appeal on handprinted papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD NOTEMAN, Appellant.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PERRY WILLIAMS, Appellant.— Motion to reargue motion to appeal as a poor person denied and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD MULLIN, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ HELEN MALAGISI, Appellant, v. JOHN MALAGISI, Respondent.— Motion granted to stay execution of order pending hearing and determination of appeal; appellant to have custody of infant children pending hearing and determination of appeal.